| | |
|---|---|
| 800071<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br> Attorneys for Secured Creditor: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on December 10, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>CARMEN J. FLORES A/K/A CARMEN FLORES | Case No: 17-30193 - JNP<br><br>Hearing Date: 02/21/2018<br><br>Judge:  JERROLD N. POSLUSNY JR. |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 10, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NJID 800071**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| CARMEN J. FLORES A/K/A CARMEN FLORES | CASE NO. 17-30193 - JNP |
| | CHAPTER 13 |
| Debtor | ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 02/21/2018 |

This Order pertains to the property located at 3243 47TH STREET, PENNSAUKEN, NJ 08109, mortgage account ending with "7070";

THIS MATTER having been brought before the Court by, ANDREW T ARCHER, Esquire attorney for debtor, CARMEN J. FLORES upon the filing of a Chapter 13 Plan, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

IT IS on the                    day of                    , 2018, ORDERED as follows:

1. The debtor's plan is hereby amended to allow $**1,771.00** to be paid to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. Said amount reflects that found on JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's Proof of Claim.

2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's allowed secured proof of claim.

3. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.