## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-30193/JNP |
| Carmen Flores | Chapter: | 7 |
| | Judge: | JNP |

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___March 12, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>3243 North 47th Street<br>Pennsauken, NJ<br>FMV - $145,000.00 |
|---|---|

| Liens on property: | Chase - $122,266.00 |
|---|---|

| Amount of equity claimed as exempt: $18,000.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name: ___/s/ Joseph D. Marchand, Chapter 7 Trustee___

Address: ___117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302___

Telephone No.: ___(856) 451-7600___

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30193-JNP
Carmen Flores                                                             Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2        Date Rcvd: Feb 13, 2019
                             Form ID: pdf905           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
db             +Carmen Flores,    3243 N. 47th Street,    Pennsauken, NJ 08109-2105
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517636079      +Ally Financial,    Law Offices of John R. Morton, Jr.,    110 Marter Ave., Suite 301,
                Moorestown, NJ 08057-3124
517105420      +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
517105422      +DSRM National Bank/Diamond Shamrock/Vale,    Po Box 631,    Amarillo, TX 79105-0631
517273627      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,   Monroe LA 71203-4774
517200877      +Progressive,    PO Box 7247-0311,   Philadelphia, PA 19170-0001
517105428      +ShopNow Pay Plan,    PO Box 2852,   Monroe, WI 53566-8052
517105435     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
517105433      +Target,    C/O Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
517242556      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517105437      +Valero,    7201 Canyon Drive,    Amarillo, TX 79110-4339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2019 00:46:28     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2019 00:46:22      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517105415      +E-mail/Text: EBNProcessing@afni.com Feb 14 2019 00:46:35      Afni,    PO Box 3427,
                Bloomington, IL 61702-3427
517105416      +E-mail/Text: banko@acsnv.com Feb 14 2019 00:47:01     Allied Collection Services,
                3080 South Durango Drive,    Suite 208,   Las Vegas, NV 89117-9194
517105417      +E-mail/Text: ally@ebn.phinsolutions.com Feb 14 2019 00:44:48      Ally Financial,
                Attn: Bankruptcy,    Po Box 380901,   Bloomington, MN 55438-0901
517130814       E-mail/Text: ally@ebn.phinsolutions.com Feb 14 2019 00:44:48      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
517105418      +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 14 2019 00:55:34      Alphera Financial Serv,
                P.O. Box 3608,    Dublin, OH 43016-0306
517114416       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 14 2019 00:55:28
                BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517112579       E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 14 2019 00:56:54
                BMW Financial Services NA, LLC Department,    4515 N. Santa Fe Ave.  Det. APS,
                Oklahoma City OK, OK 73118-7901
517105419      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 00:54:05      Capital One,
                Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517105421      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2019 00:45:56
                Comenity Bank/kingsi/Brylane,    Po Box 182125,   Columbus, OH 43218-2125
517153915      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:47:49      Country Door,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517162717      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:44:32      Dr Leonards Shop Now,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517105423      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 14 2019 00:47:19      Fingerhut,
                6530 Ridgewood Rd,    St Cloud, MN 56303-0820
517298974       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2019 00:54:16      LVNV Funding LLC,
                c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517301563      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:44:33      Mason,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517105424      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:44:33      Mason Easy-Pay,    PO Box 2808,
                Monroe, WI 53566-8008
517105425      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:47:49      Montgomery Ward,    PO Box 2855,
                Monroe, WI 53566-8055
517153917      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:47:49      Montgomery Ward,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517268633       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2019 00:56:57
                Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,
                Norfolk VA 23541
517105426      +E-mail/Text: bankruptcy@pseg.com Feb 14 2019 00:44:48      PSE&G,    Attn: Bankruptcy Dept,
                PO Box 490,    Cranford, NJ 07016-0490
517298124       E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2019 00:46:10
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
517293893       E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2019 00:46:10
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517105427      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:47:49      Seventh Ave,    1112 7th Ave,
                Monroe, WI 53566-1364
517153916      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:47:49      Seventh Avenue,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517105429      +E-mail/Text: appebnmailbox@sprint.com Feb 14 2019 00:46:16      Sprint,    PO Box 105243,
                Atlanta, GA 30348-5243

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Feb 13, 2019
                             Form ID: pdf905           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517301564      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:44:33       Stoneberry,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
517105431      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:44:33       Stoneberry,   PO Box 2820,
                Monroe, WI 53566-8020
517107344      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 00:55:15       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517279720      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 00:56:41       Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517105432      +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2019 00:55:15       Synchrony Bank/Walmart,
                Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
517300004      +E-mail/Text: bncmail@w-legal.com Feb 14 2019 00:46:37       TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517105434      +E-mail/Text: bankruptcy@sccompanies.com Feb 14 2019 00:47:49       Through the Country Door,
                PO Box 2830,   Monroe, WI 53566-8030
517208837      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2019 00:57:07       Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 34
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
517105430*     +Sprint,   PO Box 105243,   Atlanta, GA 30348-5243
517105436      ##+Transworld System Inc,   2235 Mercury Way,   Ste 275,   Santa Rose, CA 95407-5463
                                                                           TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019 at the address(es) listed below:
```
         Andrew Thomas Archer   on behalf of Debtor Carmen  Flores aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Brad J. Spiller   on behalf of Debtor Carmen  Flores bankruptcy@brennerlawoffice.com,
          aarcher@brennerlawoffice.com
         Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Jason Brett Schwartz   on behalf of Creditor   BMW Financial Services NA, LLC
          jschwartz@mesterschwartz.com
         John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Joseph Marchand   jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Nicholas V. Rogers   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          nj.bkecf@fedphe.com
         Sherri Jennifer Smith   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10
```