Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.: 17–30193–JNP
            Chapter: 7
            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carmen Flores
  aka Carmen J. Flores
  3243 N. 47th Street
  Pennsauken, NJ 08109

Social Security No.:
  xxx–xx–2119

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 12, 2019</u>          <u>Jerrold N. Poslusny Jr.</u>
                                      Judge, United States Bankruptcy Court